# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# MONROE DIVISION

| | |
|---|---|
| **MITCHELL LANE WYATT** | **CASE NO. 3:19-CV-0808** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **ANDREW SAUL, COMMISSIONER, U.S. SOCIAL SECURITY ADMINISTRATION** | **MAG. JUDGE KAREN L. HAYES** |

# J U D G M E N T

The Report and Recommendation [Doc. No. 13] of the Magistrate Judge having been considered, together with the written objection [Doc. No. 14] thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner's decision is **AFFIRMED**, in its entirety, and that this matter is hereby **DISMISSED WITH PREJUDICE**.

MONROE, Louisiana, this 29th day of April, 2020.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE